BRANDT, R.

v.

COP (BOROUGH OF PALMYRA)

866 CD 2016

Commonwealth Court of Pennsylvania.

08/25/2017

Lebanon County Criminal Division, CP–38–SA–79–2015

Affirmed

O'CONNOR, M.

v.

WCAB (LAMINATIONS, INC.)

1635 CD 2016

Commonwealth Court of Pennsylvania.

08/25/2017

Workers' Compensation Appeal Board, A15–0572

Affirmed

CONNELLY, T.

v.

GILMORE, R., et al.

1919 CD 2016

Commonwealth Court of Pennsylvania.

08/25/2017

Greene County Civil Division, No. A.D. 179 2015

Affirmed

BROWN, A.

v.

WISE, S., et al.

1939 CD 2016

Commonwealth Court of Pennsylvania.

08/25/2017

Greene County Civil Division, AD–100–2016

Vacated/Remanded